# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$31,787.00 in U.S. CURRENCY AND SCOTT W. DAVIS,<br><br>Defendants. | Misc. No. 10-0078 (JRT/JJG)<br><br><br><br>**ORDER** |

_____

Surya Saxena, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Gallagher, **GALLAGHER CRIMINAL DEFENSE SERVICES,** 310 Fourth Avenue South, Suite 8000, Minneapolis, MN 55415, for Defendant Scott Davis.

This matter is before the Court on the second stipulation to extend time for filing a complaint for forfeiture executed between the United States and Claimant Scott W. Davis [Docket No. 3].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the deadline under 18 U.S.C. §983(a)(3) for commencing judicial forfeiture proceedings against $31,787.00 in U.S. currency is extended until February 28, 2011.

DATED: February 11, 2011
at Minneapolis, Minnesota.

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge